IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FEDERICO VERDUZCO-VEGA, | § | |
| | § | |
| Petitioner, | § | 2:24-CV-84-Z-BR |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### ORDER SETTING EVIDENTIARY HEARING

Pursuant to 28 U.S.C. § 636(b), Petitioner Federico Verduzco-Vega's *pro se* motion under 28 U.S.C. § 2255 to vacate sentence was referred to the United States Magistrate Judge for an evidentiary hearing and for entry of findings, conclusions, and recommendation. (ECF 11).

Based on review of the motion, an evidentiary hearing is appropriate to resolve certain issues raised therein. An evidentiary hearing is scheduled for **September 30, 2025, at 9:00 a.m.** in the United States Courthouse, Second Floor Courtroom, 205 SE Fifth Ave., Amarillo, Texas. **The hearing shall be limited to Petitioner's claims that (1) his trial counsel was ineffective for failing to consult with Petitioner after trial about whether Petitioner wanted to appeal and (2) for failing to file a notice of appeal as instructed by Petitioner. (Ground One).** At this hearing, Petitioner—and any witnesses he may produce—will have the opportunity to testify, under penalty of perjury, regarding these two issues.

The Clerk shall also issue a Writ of Habeas Corpus Ad Testificandum for inmate Federico Verduzco-Vega, federal prisoner number 24773-510, for his transport from his unit of incarceration, presently Lompoc II FCI, to Amarillo, Texas for the hearing and back to his original place of custody after the conclusion of the hearing in this cause. The United

1

**States Marshal shall produce Verduzco-Vega in Amarillo, Texas, by September 2, 2025.**

**The Clerk of the Court is directed** to transmit a copy of this Order to Petitioner at his current unit of confinement, counsel for Petitioner, Respondent and the United States Marshal.

IT IS SO ORDERED.

ENTERED June 17, 2025.

                                                  LEE ANN RENO
                                                  UNITED STATES MAGISTRATE JUDGE