IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FEDERICO VERDUZCO-VEGA, | § | |
| | § | |
| Petitioner, | § | 2:24-CV-084-Z-BR |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER RESETTING EVIDENTIARY HEARING

The evidentiary hearing in this matter previously set for September 30, 2025, is hereby reset for September 15, 2025, at 1:15 p.m.

IT IS SO ORDERED.

ENTERED August 11, 2025.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

1