IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FEDERICO VERDUZCO-VEGA,

    Petitioner,

v.      2:24-CV-084-Z-BR

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the FCR of the United States Magistrate Judge in this case and **DENYING** with prejudice the petition for writ of habeas corpus. Judgment is entered accordingly.

October 31, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE